# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D15-3113
_____

YOLANDA AUSTIN,

Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Yolanda D. Austin, pro se, Appellant.

Travis J. Halstead of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Orlando, for Appellee.